UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| GHASSAN HOUBOUS BOUARI,<br><br>                         Plaintiff(s),<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>                         Defendant(s). | Case No. 2:21-CV-226 JCM (VCF)<br><br>ORDER |

Presently before the court is Eugene Iredale's ("petitioner") verified petition for permission to practice pro hac vice. (ECF No. 5). Petitioner attached a certificate of good standing from the Supreme Judicial Court of the Commonwealth of Massachusetts yet did not list Massachusetts in response to the fourth prompt of the petition.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that petitioner's verified petition for permission to practice pro hac vice (ECF No. 5) be, and the same hereby is, DENIED.

IT IS FURTHER ORDERED that petitioner shall refile a corrected petition within fourteen (14) days from the entry of this order. If petitioner does not comply with this 14-day deadline, he shall again pay the admission fee for any refiled verified petition.

DATED March 8, 2021.

                                                  /s/ James C. Mahan<br>
                                          UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**