# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Ghassan Houbous Bouari

        Plaintiff(s),

vs.

United States of America, et al.

        Defendant(s).

Case 2:21-cv-00226-JCM-VCF

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

_____Eugene Iredale_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

_____Iredale and Yoo, APC_____
(firm name)

with offices at _____105 West F Street, 4th Floor_____,
(street address)

____San Diego____, ____California____, ____92101____,
(city)　　　　　　　　(state)　　　　　　　(zip code)

____(619) 233-1525____, ____egiredale@iredalelaw.com____
(area code + telephone number)　　(Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

_____Ghassan Houbous Bouari_____ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since   June 1977  , Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of   California  
(state)
where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| Southern District of California | January 1, 1977 | CA75292 |
| Court of Appeals for the Ninth Circuit | January 1, 1977 | CA75292 |
| United States Supreme Court | January 1, 1983 | CA75292 |
| Supreme Court of Massachusets | February 28 1977 | 247300 |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None.

2

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

> N/A

7. That Petitioner is a member of good standing in the following Bar Associations.

> Bar of the State of California (SBN: 75292), Bar of the State of Massachusetts (SBN: 247300)

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None. | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

1  That Petitioner respectfully prays that Petitioner be admitted to practice before this Court
2  FOR THE PURPOSES OF THIS CASE ONLY.

3
                                                    _____
4                                                          Petitioner's signature
   STATE OF _____    )
5                               )
   COUNTY OF _____    )
6

7  _Eugene G Iredale_, Petitioner, being first duly sworn, deposes and says:
8  That the foregoing statements are true.

9                                                   _____
                                                           Petitioner's signature
10 Subscribed and sworn to before me this

11
   _____ day of _____, _____.
12

13 _____   SEE ATTACHED CALIFORNIA JURAT
       Notary Public or Clerk of Court
14

15

16           **DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO**
                **THE BAR OF THIS COURT AND CONSENT THERETO.**
17
      Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner
18
   believes it to be in the best interests of the client(s) to designate  _BENJAMIN DURHAM_,
19                                                                         (name of local counsel)
   Attorney at Law, member of the State of Nevada and previously admitted to practice before the
20
   above-entitled Court as associate resident counsel in this action. The address and email address of
21
   said designated Nevada counsel is:
22

23 _601 S. RANCHO DR. STE B-14_____,
                          (street address)
24
   _LAS VEGAS_____, _NEVADA_____, _89106_,
25       (city)                (state)       (zip code)

26 _702-631-6111_____, _BDURHAM@VEGASDEFENSE.COM_____
      (area code + telephone number)        (Email address)
27

28                                          4                                        Rev. 5/16

# CALIFORNIA JURAT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document, to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA }

COUNTY OF San Diego }

Subscribed and sworn to (or affirmed) before me on this 7th day of December, 2020

by Eugene Gerald Iredale

Name of Signers

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature: _Roxana [signature]_
Signature of Notary Public

[Seal: ROXANA ESCOGIDO, Comm. #2332029-Mfr: #NNA1, Notary Public, CALIFORNIA, San Diego County, My Comm. Exp. Aug 20, 2024]

Seal
Place Notary Seal Above

---------------------------------------- OPTIONAL ----------------------------------------

Though this section is optional, completing this information can deter alteration of the document or fraudulent attachment of this form to an unintended document.

**Description of Attached Document**
Title or Type of Document: Petition For Permission To Practice
Document Date: December 7th 2020
Number of Pages: 5 w/ attach
Signer(s) Other Than Named Above: _____

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoint(s) _____Benjamin Durham_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

/s/ Ghassan Bouari Houbous
(party's signature)

Ghassan Houbous Bouari
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

**CONSENT OF DESIGNEE**
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

/s/ Benjamin Durham
Designated Resident Nevada Counsel's signature

7684                           bdurham@vegasdefense.com
Bar number                     Email address

APPROVED:

Dated: March 15, 2021.

_[signature]_
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

———

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the **twenty-eighth** day of **February** A.D. **1977**, said Court being the highest Court of Record in said Commonwealth:

**Eugene Iredale**

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **first** day of **December** in the year of our Lord **two thousand and twenty.**

*Maura S. Doyle*

MAURA S. DOYLE, Clerk

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.
X3116



# Supreme Court of California

JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

### OF THE

### STATE OF CALIFORNIA

### *EUGENE GERALD IREDALE*

I, JORGE E. NAVARRETE, Clerk/Executive Officer of the Supreme Court of the State of California, do hereby certify that EUGENE GERALD IREDALE, #75292, was on the 19th day of June 1977, duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.

*Witness my hand and the seal of the court on the 14th day of September 2020.*

JORGE E. NAVARRETE
*Clerk/Executive Officer of the Supreme Court*

By: _____
C. Wong, Senior Deputy Clerk